UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LISA CAROLE CAPPS, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>      Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:12-CV-588-BO** |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings with respect to Plaintiff's claim of disability. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**This Judgment Filed and Entered on April 9, 2013, and Copies To:**

Roberta L. Edwards (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE<br>April 9, 2013 | JULIE A. RICHARDS, CLERK<br>  /s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |